UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DARRIUS WILHITE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANTE GHI IN HIS INDIVIDUAL )<br>CAPACITY; DEBORAH COLE IN HER )<br>INDIVIDUAL CAPACITY AND AS AN )<br>EMPLOYEE OF NORTHWOODS MALL )<br>CMBS, LLC D/B/A NORTHWOODS )<br>MALL; NORTHWOODS MALL CMBS, )<br>LLC D/B/A NORTHWOODS MALL; CBL )<br>& ASSOCIATES MANAGEMENT, INC.; )<br>AND ERMC, II, LP, )<br>)<br>Defendants. ) | C/A NO. 2:18-CV-02064-DCN-TER<br><br><br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br>**AS TO DEFENDANT DANTE GHI**<br>(NOT ENDING CASE) |

  The Plaintiff and Defendants, by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of Defendant Dante Ghi, with each party bearing its own cost and fees.

  SO STIPULATED this 7th day of October, 2019.

[*Signature Page to Follow*]

WE SO STIPULATE:

s/ H. COOPER WILSON, III
H. COOPER WILSON, III, No. 10107
cooper@mcleod-lawgroup.com
W. Mullins McLeod, Jr., No. 7142
Michael Thomas Cooper, No. 12198
McLeod Law Group
P.O. Box 21624
Charleston, SC 29413
Phone: (843) 277-6655

- AND -

Andrew J. Savage, III, Esq
andy@savlaw.com
J. Scott Bischoff, II, Esq.
scott@savlaw.com
Savage Law Firm
15 Prioleau Street
Charleston, SC 29401
Phone: (843)-720-7470
Fax: (843)- 720-7478

*Attorneys for the Plaintiff*

WE SO STIPULATE:

s/ AMANDA K. DUDGEON
AMANDA K. DUDGEON, No. 9681
mandi@chandlerdudgeon.com
Chandler & Dudgeon LLC
P.O. Box 547
Charleston, SC 29402
Phone: (843) 577-5410
Fax: (843) 577-5650

*Attorney for Defendant Dante Ghi*

WE SO STIPULATE:

s/ MICHAEL B.T. WILKES
MICHAEL B.T. WILKES, No. 4658
J. Alexander Joyner, Esq., No. 12046
Wilkes Law Firm, P.A.
200 Meeting Street, Suite 205
Charleston, SC 29401
Phone: (843) 737-6229

- AND -

C. Daniel Atkinson, No. 9626
datkinson@wilkeslaw.com
127 Dunbar St., Suite 200
Spartanburg, SC 29306
Phone: (864) 591-1113

*Attorneys for Defendants Deborah Cole, in her individual capacity and as an employee of Northwoods Mall, CMBS, LLC d/b/a Northwoods Mall; Northwoods Mall, CMBS, LLC d/b/a Northwoods Mall; CBL & Associates Management, Inc.; and ERMC, II, LP*

October 7, 2019